# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CAROLYN L. KRAMER,**

    **Plaintiff,**

**v.**                                     **Case No: 5:16-cv-576-Oc-18PRL**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

Before the Court is Plaintiff's second motion to extend time to file her memorandum. (Doc. 19). As in her first motion, Plaintiff represents that an extension is necessary as her counsel has briefs due in other courts and that the Commissioner does not oppose this motion. Upon due consideration, the motion is **GRANTED** and Plaintiff may file her brief **on or before April 5, 2017**. No other extensions will be granted to Plaintiff absent extraordinary cause.

**DONE** and **ORDERED** in Ocala, Florida on March 7, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties